ACCEPTED
03-14-00819-cv
6094982
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/16/2015 11:57:59 AM
JEFFREY D. KYLE
CLERK

# THE  LAW FIRM PLLC

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/16/2015 11:57:59 AM
JEFFREY D. KYLE

1504 San Antonio Street
Austin, Texas 78701
gpetras@petraslawfirm.com

(512) 334-9583 Telephone
(512) 334-9709 Facsimile
lmunoz@petraslawfirm.com

July 16, 2015

**VIA E-FILE**
Courtland Crocker
Deputy Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re: Cause Number 03-14-00819-CV; *Judy Weirich v. IESI Corporation and Southside Wrecker, Inc.;* In the Court of Appeal, Third District of Texas, Austin Division.

Cause Number CV07387; *Judy Weirich v. IESI Corporation and Southside Wrecker, Inc.;* In the 424th Judicial District Court of Blanco County, Texas.

Dear Mr. Crocker:

Pursuant to any applicable local rules, please be advised that I will be on vacation from August 28, 2015 through September 4, 2015. Accordingly, it is respectfully requested that the Court and the parties refrain from scheduling any hearings, court appearances or any pre-trial proceedings requiring my appearance during that time.

By copy of this letter I am advising all counsel of record of this notification and request.

Respectfully submitted,

George J. Petras IV

Courtland Crocker
July 16, 2015
Page 2

GJP/lm
*21400-48 Deputy Clerk.ltr 071615.doc*

cc:     **VIA FACSIMILE: (830) 868-7636**
        Zachary P. Hudler
        Zachary P. Hudler, P.C.
        P.O. Box 1728
        Johnson City, Texas 78636

        **VIA FACSIMILE: (210) 525-0666**
        Vaughn Waters
        Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C.
        Fifth Floor
        One International Centre
        100 N.E. Loop 410
        San Antonio, Texas 78216